**Dismissed and Memorandum Opinion filed December 4, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00645-CV

**MATTHEW HERMANN FAVARD D/B/A BEST OFFER AUTO, Appellant**

**V.**

**RENEE EDMUND, Appellee**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-29045**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed July 30, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On October 23, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and

provided this court with proof of payment.  *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Busby.